**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CR-00018 (WLS-ALS) |
| | : | |
| PATRICE BELL, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is Defendant's Unopposed Motion to Continue Trial in the Interest of Justice (Doc. 28). Therein, Defendant asks the Court to grant a continuance of his trial from the specially set April 2025 trial term to the next trial term in the Valdosta Division. Counsel contends such a continuance is warranted to allow Counsel to meet with her client, review discovery and discuss sentencing implications, and investigate the case. (Doc. 28 at 2).

Based on the Defendant's stated reasons and the fact that the Government does not oppose the Motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Thus, and for good cause shown, the Motion (Doc. 28) is **GRANTED**. The trial in the above-captioned matter is hereby **CONTINUED** to the Valdosta Division May 2025 trial term and its conclusion, or as may be otherwise ordered by the Court. [1] Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would

---

[1] Defendant asks the Court to continue the trial until the beginning of the next trial term. The Court, however, continues the trial until the conclusion of the August 2025 trial term because it is the Court's practice to grant continuances until the conclusion of a particular trial term to allow the scheduling of multiple trials during that term. Additionally, the Court continues the case to the August 2025 term, because of the closeness of the next trial term in May 2025 and the reasons in the Motion. If Defendant objects to a continuance until the conclusion of the next trial term, he shall immediately advise the Court of such an objection in writing.

likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). Lastly, the pretrial conference currently scheduled for March 5, 2025, is **CONTINUED**. A new conference will be scheduled by separate notice or order.

       **SO ORDERED**, this 26th day of February 2025.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2