**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CR-00018(WLS-ALS) |
| | : | |
| | : | |
| PATRICE BELL, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## **ORDER**

Before the Court is Defendant's Unopposed Motion to Continue Trial in the Interest of Justice (Doc. 38). In it, Bell asks the Court to grant a continuance of his trial from the August 2025 trial term to the next trial term in the Valdosta Division. (Doc. 38 at 1). Counsel states a continuance is warranted because Defendant needs time to "locate witnesses, interview potential witnesses, and obtain witness statements. (Doc. 38 at 2).

Based on the Defendant's stated reasons and the fact that the Government does not oppose the Motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Thus, and for good cause shown, the Motion (Doc. 38) is **GRANTED**. The trial in the above-captioned matter is hereby **CONTINUED** to the Valdosta Division November 2025 trial term and its conclusion, or as may be otherwise ordered by the Court. [1] Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

---

[1] Defendant asks the Court to continue the trial "through any trial date that may be set upon allowance of this motion." Yet the Court continues the case until the conclusion of the November 2025 trial term because it is the Court's practice to grant continuances until the conclusion of a particular trial term to allow the scheduling of multiple trials during that term. If Defendant objects to a continuance until the conclusion of the next trial term, she shall immediately advise the Court of such an objection in writing.

**SO ORDERED**, this 11th day of June 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**